Leslee Silverman TABAS and Richard S. Tabas, Petitioners

v.

MAIN LINE HEALTH, INC., Lankenau Hospital a/k/a Lankenau Medical Center, John J. Lynch, III, Daniel C. Lazowick, D.O., Jerome Santoro, M.D., Thomas P. Sollecito, D.M.D., Phillip D. Robinson, Fache W. Randall Russell, M.D., Main Line Health Home Care and Hospice, Mountain Laurel Risk Retention Group, Inc., Respondents

No. 468 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

John ALBRECHT, Individually and on Behalf of All Others Similarly Situated, Petitioner

v.

UGI STORAGE COMPANY, Respondent

No. 392 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.